UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      v.<br><br>MICHAEL SANDOVAL,<br><br>           Defendant.<br>_____/<br>UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      v.<br><br>MICHAEL SANDOVAL-GUTIERREZ,<br> aka MICHAEL SANDOVAL,<br><br>           Defendant.<br>_____/ | CR. NO. S-02-150 LKK<br><br><br><br><br><br><br>CR. NO. S-06-376 OWW<br><br>**RELATED CASE ORDER** |

    Examination of the above-entitled criminal actions reveals that the actions are related within the meaning of Local Rule 83-123, E.D. Cal. (1997). For the reasons set forth in the government's Notice of Related Cases, the assignment of the matters to the same judge is likely to effect a substantial savings of

1  judicial effort and is also likely to be convenient for the
2  parties.
3       The parties should be aware that relating the cases under
4  Local Rules 83-123 merely has the result that the actions are
5  assigned to the same judge; no consolidation of the actions is
6  effected.  Under the regular practice of this court, related cases
7  are generally assigned to the judge to whom the first filed action
8  was assigned.
9       IT IS THEREFORE ORDERED that the action denominated CR. NO.
10 S-02-150 LKK be, and the same hereby is, reassigned to Judge Oliver
11 W. Wanger for all further proceedings.  Henceforth the caption on
12 all documents filed in the reassigned case shall be shown as CR.
13 NO. S-02-150 OWW.
14      IT IS FURTHER ORDERED that the Clerk of the Court make
15 appropriate adjustment in the assignment of criminal cases to
16 compensate for this reassignment.
17      DATED:  December 21, 2006.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT